FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 10-54982 | CMC | Judge: | Charles M. Caldwell | Trustee Name: | Amy L. Bostic |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | James R Wharton | | | | Date Filed (f) or Converted (c): | 11/04/2014 (c) |
| | Kathleen R Wharton | | | | 341(a) Meeting Date: | 12/08/2014 |
| For Period Ending: | 02/25/2015 | | | | Claims Bar Date: | 05/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 123-125 S. Ogden Avenue Columbus, Oh 43204 | 68,200.00 | 0.00 | OA | 0.00 | FA |
| 2. Heartland Savings | 8.00 | 0.00 | | 0.00 | FA |
| 3. Heartland Checking | 50.00 | 0.00 | | 0.00 | FA |
| 4. Landlord | 500.00 | 0.00 | | 0.00 | FA |
| 5. Misc Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Misc Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Whole Life Insurance Policy On Child - Debtors Are Beneficia | 390.47 | 0.00 | | 0.00 | 1.00 |
| 8. Whole Life Insurance Policy On Child - Debtors Are Beneficia | 671.59 | 0.00 | | 0.00 | 1.00 |
| 9. Whole Life Insurance Policy - Husband Is Beneficiary - Monum | 1,264.00 | 0.00 | | 0.00 | FA |
| 10. Whole Life Insurance Policy - Wife Is Beneficiary - Monument | 2,017.00 | 0.00 | | 0.00 | FA |
| 11. Whole Life Insurance Policy On Child - Debtors Are Beneficia | 753.96 | 0.00 | | 0.00 | 1.00 |
| 12. Whole Life Insurance Policy On Grandchild - Debtors Are Bene | 144.82 | 0.00 | | 0.00 | 1.00 |
| 13. Whole Life Insurance Policy On Grandchild - Debtors Are Bene | 213.26 | 0.00 | | 0.00 | 1.00 |
| 14. Whole Life Insurance Policy On Grandchild - Debtors Are Bene | 105.21 | 0.00 | | 0.00 | FA |
| 15. Whole Life Insurance Policy On Grandchild - Debtors Are Bene | 98.38 | 0.00 | | 0.00 | 1.00 |
| 16. Whole Life Insurance Policy - Wife Is Beneficiary - Monument | 607.00 | 0.00 | | 0.00 | FA |
| 17. 401(K) | 48,279.00 | 0.00 | | 0.00 | FA |
| 18. 401(K) | 11,393.00 | 0.00 | | 0.00 | FA |
| 19. 2009 Tax Refund | 724.00 | 0.00 | | 0.00 | FA |
| 20. 2003 Cadillac Seville | 6,100.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $143,519.69         $0.00         $0.00         $6.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing of sale, and other action:

2/11/15: Trustee received information that the owner of one of the policies on a grandchild's life is neither of the Debtors. The Trustee will no longer pursue turnover of the cash value on that policy.
02/05/15: Trustee filed objection to amended exemptions filed 2/3/15. TERRY SOMA
02/04/15: The Trustee will investigate the potential cash surrender value of several life insurance policies for liquidation. The Trustee has requested copies of the policies for that determination.
2/3/15: Trustee calculated excess cash values in life insurance and will be administering the case for that cash value.
1/19/15: Trustee reviewed documents and was able to calculate rough estimates of potential cash value. Based on remaining exemptions available there should no value to estate. Debtor needs provide actual cash balances and amend exemptions for Rule 2004 exam to go away.
1/14/15: Trustee filed motion for 2004 exam & production of documents. To be held February 12, 2015 at 11:00 am. TERRY SOMA

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 12/12/14 Trustee signed abandonment |
| RE PROP # | 7 | -- | per amended schedule filed 2/3/15 |
| RE PROP # | 8 | -- | per amended schedule filed 2/3/15 |
| RE PROP # | 11 | -- | per amended schedule filed 2/3/15 |
| RE PROP # | 12 | -- | per amended schedule filed 2/3/15 |
| RE PROP # | 13 | -- | per amended schedule filed 2/3/15 |
| RE PROP # | 14 | -- | per amended schedule filed 2/3/15 |
| RE PROP # | 15 | -- | per amended schedule filed 2/3/15 |

Initial Projected Date of Final Report (TFR): 12/08/2015      Current Projected Date of Final Report (TFR): 12/08/2015

Trustee Signature:    /s/ Amy L. Bostic      Date: 02/25/2015
　　　　　　　　　　　Amy L. Bostic
　　　　　　　　　　　50 West Broad Street, Suite 1200
　　　　　　　　　　　Columbus, OH  43215
　　　　　　　　　　　(614) 221-7663